# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Perspectives Therapy Services, LLC and Tianna Hoppe-Rooney,

        Plaintiffs,

v.

Behavioral Health Practice Services, LLC and LifeStance Health, Inc.,

        Defendants.

_____/

Case No. 23-cv-11663

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

## ORDER ADOPTING REPORT AND RECOMMENDATION [18]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation (ECF No. 18) recommending the Court (1) grant the motion to dismiss filed by Defendants Behavioral Health Practice Services, LLC and LifeStance Health, Inc. (ECF No. 10), and (2) dismiss the action without prejudice. The parties were required to file specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court

has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 18) is ADOPTED;

Defendants' motion to dismiss (ECF No. 10) is GRANTED; and

This case is hereby DISMISSED WITHOUT PREJUDICE.[1]

IT IS SO ORDERED.

Dated: February 20, 2024       s/Judith E. Levy
   Ann Arbor, Michigan      JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 20, 2024.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).